```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
GRANT ZEHNDER
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROLANDO RUBIO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 09-355 EFB |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO VACATE |
| v. ) | COURT TRIAL DATE |
| ) | |
| ROLANDO RUBIO, ) | |
| ) | Date:  April 20, 2010 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edmund F. Brennan |
| _____ ) | |

The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, ROLANDO RUBIO, through counsel LAUREN CUSICK, Office of the Federal Defender, stipulate to vacate the court trial set for February 16, 2010, at 10:00 a.m.  The parties respectfully request that the Court set a new court trial date

///

///

///

of April 20, 2010, at 10:00 a.m. so that the defense may have additional time to conduct investigation and prepare a defense.

Dated: February 11, 2010

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                       /s/ Lauren Cusick
                                       LAUREN CUSICK
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ROLANDO RUBIO

Dated: February 8, 2010               BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Matthew Stegman
                                       MATTHEW STEGMAN
                                       Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: February 16, 2010

_____
EDMUND F. BRENNAN
United States Magistrate Judge

Stip and [Proposed] Order        -2-